UNDER SEAL

FILED
CHARLOTTE, NC

SEP 17 2015

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:15cr226-FDW |
| | ) | |
| V. | ) | |
| | ) | ORDER TO SEAL INDICTMENT |
| CYNTHIA TERESA HARLAN | ) | |
| TYREE CRAIG JONES | ) | |
| CLAUDE BERNARD MCRAE | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney, Western District of North Carolina, it is hereby ORDERED, ADJUDGED and DECREED that the above referenced Bill of Indictment, Warrant and Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 17 day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE