IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA

v.

CYNTHIA TERESA HARLAN
TYREE CRAIG JONES
CLAUDE BERNARD MCRAE

3:15CR226

**UNSEALING ORDER**

**ORDER UNSEALING**

Upon motion of the United States, it is hereby ORDERED that this matter be unsealed.

_____
David C. Keesler
UNITED STATES MAGISTRATE JUDGE

FILED
CHARLOTTE, NC
SEP 25 2015
US DISTRICT COURT
WESTERN DISTRICT OF NC